IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 28 2020
DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 2:20CR20014-001-004 |
| VS. | ) | |
| | ) | |
| EMMANUEL MIRANDA; -001 | ) | 21 U.S.C. § 841(a)(1) |
| ISRAEL MIRANDA-ZAPATA; -002 | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| BRENDA GOLDEN DAY; -003 | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| ALEXIS TIRADO -004 | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as January 1, 2019, and continuing to on or about July 28, 2020, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the Defendants, **EMMANUEL MIRANDA; ISRAEL MIRANDA-ZAPATA; BRENDA GOLDEN DAY; and ALEXIS TIRADO**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 841(b)(1)(B)(viii); and Title 21, United States Code, Section 846.

### COUNT TWO

On or about August 21, 2019, in the Western District of Arkansas, Fort Smith Division, the Defendants, **EMMANUEL MIRANDA and ALEXIS TIRADO**, aided and abetted by each

other and others known and unknown to the grand jury, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(A)(viii); and Title 18 United States Code § 2.

### COUNT THREE

On or about November 5, 2019 in the Western District of Arkansas, Fort Smith Division, the Defendant, **BRENDA GOLDEN DAY**, knowingly and intentionally distributed more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(viii).

### COUNT FOUR

On or about February 12, 2020, in the Western District of Arkansas, Fort Smith Division, the Defendants, **ISRAEL MIRANDA-ZAPATA and EMMANUEL MIRANDA**, aided and abetted by each other and others known and unknown to the grand jury, knowingly and intentionally distributed more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1); Title 21, United States Code, § 841(b)(1)(A)(viii); and Title 18 United States Code § 2.

### COUNT FIVE

On or about February 18, 2020 in the Western District of Arkansas, Fort Smith Division, the Defendant, **BRENDA GOLDEN DAY**, knowingly and intentionally distributed more than five (5) grams of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(viii).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the Defendants, **EMMANUEL MIRANDA; ISRAEL MIRANDA-ZAPATA; BRENDA GOLDEN DAY; and ALEXIS TIRADO**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

    a. A money judgment;

Moreover, if any property subject to forfeiture, as a result of any act or omission by the Defendant(s):

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: /s/

Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Fort Smith, AR  72901
Phone:  (479)494-4075
Email:  brandon.t.carter@usdoj.gov