UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                             No. 2:20-CR-20014-003

BRENDA GOLDEN DAY                                                                                            DEFENDANT

## OPINION AND ORDER

Defendant filed a motion (Doc. 152) for reconsideration of the Court's order (Doc. 151) denying Defendant's original motion for compassionate release. Rule 4(b) of the Federal Rule of Appellate Procedure "governs motions for reconsideration [and] once a court has issued an order granting or denying a § 3582(c)(2) sentence reduction, subsequent § 3582(c) motions are subject to Rule 4(b)'s timeliness requirements if they present the same legal question the court addressed in its previous order." *United States v. Mofle*, 989 F.3d 646, 648 (8th Cir. 2021). Pursuant to Rule 4(b), Defendant had 17 days[1] after the entry of the order denying her motion for compassionate release to file a motion for reconsideration. Because Defendant's motion for reconsideration was filed past the time provided in Rule 4(b) and presents the same legal question, the motion will be denied.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 152) is DENIED.

IT IS SO ORDERED this 22nd day of September, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] Defendant has fourteen days from the order to file a notice of appeal. However, because the paper was not served electronically, three days are added after the period would otherwise expire. Fed. R. App. P. 26(c).