UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                                          No. 2:20-CR-20014-003

BRENDA GOLDEN DAY                                                                      DEFENDANT

## OPINION AND ORDER

Defendant filed a motion (Doc. 154) for reconsideration of the Court's order (Doc. 131) denying Defendant's first motion for reconsideration. The Government has not filed a response, but no response is necessary. Rule 4(b) of the Federal Rule of Appellate Procedure "governs motions for reconsideration [and] once a court has issued an order granting or denying a § 3582(c)(2) sentence reduction, subsequent § 3582(c) motions are subject to Rule 4(b)'s timeliness requirements if they present the same legal question the court addressed in its previous order." *United States v. Mofle*, 989 F.3d 646, 648 (8th Cir. 2021). Pursuant to Rule 4(b), Defendant had 17 days[1] after the entry of the order denying her motion for compassionate release to file a motion for reconsideration. Because Defendant's motion for reconsideration was filed past the time provided in Rule 4(b) and presents the same legal question, the motion will be denied.

Even if Defendant's was a subsequent § 352(c) motion that presented new legal questions, the Court finds the § 3553(a) factors do not justify release. As the Court noted in its opinion and order denying compassionate release, Defendant was sentenced to 60 months imprisonment for knowing distribution of more than 5 grams of methamphetamine. Defendant's criminal history included two prior convictions for methamphetamine distribution and the Court imposed a

---

[1] Defendant has fourteen days from the order to file a notice of appeal. However, because the paper was not served electronically, three days are added after the period would otherwise expire. Fed. R. App. P. 26(c).

significant downward variance. Defendant's current projected release date is July 28, 2025, and Defendant has not served a significant portion of her sentence sufficient to afford adequate deterrence or reflect the seriousness of the offense.

    IT IS THEREFORE ORDERED that Defendant's motion (Doc. 154) is DENIED.

    IT IS SO ORDERED this 21st day of January, 2022.

/s/P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE